NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000752
29-MAR-2016
08:39 AM

NO. CAAP-15-0000752

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
AND NOW CALIBER HOME LOANS, INC., Plaintiff-Appellee,
v.
LISA A. KELLY, Defendant-Appellant,
and
JEREMY TEKURIO; HELCO FEDERAL CREDIT UNION, Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-250)

ORDER APPROVING THE FEBRUARY 27, 2016
STIPULATION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss
Appeal, filed February 27, 2016, by Plaintiff-Appellee Caliber
Home Loans, Inc., the papers in support, and the record, it
appears that (1) the appeal was docketed on December 18, 2015;
(2) the parties stipulate to dismiss the appeal; (3) the
stipulation is signed by counsel for all represented parties and
all pro se parties participating in the appeal; and (4) Hawai'i
Rules of Appellate Procedure Rule 42(b) authorizes the court to
dismiss a docketed appeal upon a stipulation.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, March 29, 2016.

Presiding Judge

Associate Judge

Associate Judge